

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
AUG 2 1 2006
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Civil No. 04-80329
                                      Hon. John Feikens

v.

KATHLEEN COLLINS, a/k/a
KATHLEEN ARMSTRONG,

    Defendant.

_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND ORDERING RESTITUTION**

On May 26, 2006, the Magistrate Judge issued a report and recommendation as to restitution in this case. The Magistrate recommended that an amended stipulation be submitted by the parties providing assurances that garnishment would not be sought prior to a modification of the order, and if such a stipulation were supplied, that restitution be ordered in the amount of $54,054.00. In the alternative, if no stipulation were received, he recommended restitution be ordered in the amount of $49,743.10, payable at the rate of $50 per month, and subject to modification in the event of a change in Defendant's financial circumstances.

No objections to the report have been filed, and no additional stipulation has been filed. Therefore, I ADOPT the report and recommendation of the magistrate in full and order restitution in the amount of $49,743.10, payable at the rate of $50 per month, and subject to

modification in the event of a change in Defendant's financial circumstances.

**IT IS SO ORDERED.**

*John Feikens*
John Feikens
United States District Judge

AUG 2 1 2006

Date: _____